IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLENE WILSON, et al,            *

    Plaintiff,                    *

v.                                  *          Civil Case No. 1:16–01898–JMC

ZANE ANTHONY CORNETT,               *

    Defendant.                    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## SPECIAL VERDICT SHEET

1. What damages, if any, do you award Charlene Wilson for:

   a. Past Medical Expenses    $ 3,538 ³³
   b. Non-Economic Damages     $ 0

2. What damages, if any, do you award Clyde Wilson for: ⁴⁹

   a. Past Medical Expenses    $ 6,606 ⁴⁹
   b. Future Medical Expenses  $ 0
   c. Non-Economic Damages     $ 0

The foreperson should sign and date this Verdict Form.

_2/28/18_
DATE

**SIGNATURE REDACTED**
JURY FOREPERSON